AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __WISCONSIN__

UNITED STATES OF AMERICA

V.

ANDY P. LE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 18-cr-72-wmc-2

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

William M. Conley | District Judge
Name of Judge | Title of Judge

2/19/2019
Date